THIS OPINION
 HAS NO PRECENDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT
 IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Stacy Raysor, Respondent,
 v.
 State of South Carolina, Petitioner.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Richland County
 John C. Hayes, III, Circuit Court Judge

Memorandum Opinion No.  2009-MO-038
 Submitted June 24, 2009  Filed July 13,
2009  

DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 Attorney
 General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant
 Deputy Attorney General Salley W. Elliott, and Assistant Attorney General Brian
 T. Petrano, all of Columbia, for Petitioner.
 Joshua 
 Kendrick, of Columbia, for Respondent.
 
 
 

PER CURIAM: The
 Court of Appeals granted certiorari to review the post-conviction relief
 courts grant of relief to respondent Stacy Raysor. 
 Pursuant to Rule 204(b), SCACR, this Court certified the case for review.  We
 now dismiss the writ as improvidently granted.[1]
DISMISSED AS IMPROVIDENTLY GRANTED.
TOAL, C.J., WALLER, PLEICONES, BEATTY and KITTREDGE, JJ., concur.

[1] We note that respondent was granted summary judgment,
 and the matter was remanded to the Richland County Court of General Sessions
 for resentencing.  We clarify that the resentencing shall take place before a
 judge different from the original judge who presided over respondents guilty
 plea.